# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KIM CANNISTRA ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:21-cv-00052 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| U.S. DEPARTMENT OF THE ) | MAGISTRATE JUDGE HOLMES |
| TREASURY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 20) recommending Defendant's motion to dismiss (Doc. No. 15) be granted and this action dismissed.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 20 at 5-6). Plaintiff did not respond to the motion to dismiss or file objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, Defendant's Motion to Dismiss (Doc. No. 15) is **GRANTED** and this case is **DISMISSED**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE